## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JASON WHEELER, ADMINISTRATOR OF
THE ESTATE OF JOHN M. WHEELER,
DECEASED,

          Petitioner

          v.

BELDEN WIRE & CABLE COMPANY, BF
GOODRICH COMPANY, BUCYRUS
INTERNATIONAL, BRAND INSULATION,
INC., CBS CORPORATION, FORMERLY
WESTINGHOUSE ELECTRIC CORP.,
CRANE COMPANY, CROUSE HINDS
N/K/A COOPER CROUSE-HIND, EATON
CORPORATION, FERRO ENGINEERING,
FOSECO, INC., FOSTER WHEELER, LLC,
GENERAL ELECTRIC COMPANY,
GOODYEAR TIRE AND RUBBER
COMPANY GRAYBAR ELECTRIC
COMPANY, INC., GREENE, TWEEK &
COMPANY, GTE PRODUCTS OF
CONNECTICUT CORPORATION, HAJOCA
CORPORATION, HARNISCHFEGER
CORP. C/O CT CORP., HONEYWELL
CORPORATION, A.O. SMITH
CORPORATION, INGERSOLL RAND &
COMPANY, J.H. FRANCE
REFRACTORIES COMPANY, LAMONS
GASKETS, METROPOLITAN LIFE
INSURANCE COMPANY, MINNESOTA
MINING AND MANUFACTURING, PECORA
CORPORATION, PNEUMP ABEX, LLC,
ROCK BESTOS COMPANY C/O U.S.
CORPORATION COMPANY, ROYAL
ELECTRIC SUPPLY COMPANY, SAGER
CORPORATION, ACCO CHAIN AND
LIFTING, SHEPARD NILES, SID HARVEY
MID ATLANTIC, INC. , SOS PRODUCTS
COMPANY, SQUARE D COMPANY,

No. 259 EAL 2022

Petition for Allowance of Appeal
from the Order of the Superior Court

SHEPARD NILES, TEREX CORP, USX : 
CORPORATION, WHITING :
INTERNATIONAL, ALLEN BRADLEY :
COMPANY, ALLEN SHERMAN HOFF, :
ALLIED GLOVE CORPORATION, :
ATLANTIC CRANES, BEAZER EAST (F/K/A :
KOPPERS) C/O THREE RIVERS :
MANAGEMENT, :
                                          :
            Respondents         :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**. The Application for Permission to File Post Submission Communication in the Form of a Petition for Remand to Superior Court is **DENIED**.